UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

                                    Case No. 04-80143

v.                                  HON. GEORGE CARAM STEEH

DAMON DARNELL CHANDLER,

      Defendant.
_____/

## OPINION AND ORDER DENYING DEFENDANT'S MOTION FOR REDUCTION OF SENTENCE (#38)

Defendant has requested a reduction of his sentence pursuant to 18 U.S.C. § 3582 (c)(2) and amendments to the sentencing guidelines reducing the base offense level for crack cocaine offenses. As pointed out in the government's response, the defendant was sentenced to a statutory minimum sentence of 60 months as provided in 21 U.S.C. § 841 (b)(1)(B).

Accordingly, Defendant's motion is hereby DENIED.

Dated: April 8, 2008

                                    S/George Caram Steeh
                                    GEORGE CARAM STEEH
                                    UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
April 8, 2008, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk