Local MIE Form 1A
(7/02)

Order of the Court to Continue Supervision

# UNITED STATES DISTRICT COURT

## for the

## Eastern District of Michigan

UNITED STATES OF AMERICA

      v.

CHANDLER, Damon                       Crim. No.04-CR-80143-01

      On December 21, 2009 the Court authorized the issuance of a probation/supervised release warrant/summons based upon a violation petition citing violation(s) of supervision. The issue(s) of the violation(s) was/were heard in Court on April 14, 2010 and the Court made the following finding(s):

     Guilty of violating condition(s) of supervision. The following special condition of supervision is added.

        To reside in the Residential Reentry Center for six months and abide by the rules of the RRC while residing there.

                                    Respectfully submitted,

                                    s/Terrian E. Bell
                                    United States Probation Officer
                                    (313) 234-5425

## ORDER OF THE COURT

Pursuant to the above, it is ordered that the pending violation matter be resolved and supervision in this case be continued. All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

Dated this 14th Day of April, 2010.

                                    S/George Caram Steeh
                                    George Caram Steeh
                                    United States District Judge